1  Stephen F. Moeller, State Bar No. 56344
   E-Mail: sfm@vrmlaw.com
2  VALENSI ROSE
   Professional Law Corporation
3  2029 Century Park East, Suite 2050
   Los Angeles, California 90067-3031
4
   Telephone: (310) 277-8011
5  Facsimile: (310) 277-1706
6  Attorneys for Plaintiff, MED-LEGAL,
   INC.
7

```
┌─────────────────────────────────────┐
│               FILED                  │
│    CLERK, U.S. DISTRICT COURT        │
│                                      │
│          JUL  1 4 2009               │
│                                      │
│  CENTRAL DISTRICT OF CALIFORNIA      │
│  BY                        DEPUTY    │
└─────────────────────────────────────┘
```

8              **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | MED-LEGAL, INC., a California       CASE NO. CV-07-7971 R (CWx)
   | corporation, ,

12 |           Plaintiff,               **STIPULATED JUDGMENT**

13 |
   |     vs.
14 |
   | ASSOCIATED REPRODUCTION
15 | SERVICES, INC., a California
   | corporation and DOES 1-10, inclusive.,
16 |
   |           Defendants.
17 |

18

19

20         Upon stipulation by the parties, Judgment is entered against Defendant

21  Associated Reproduction Services, Inc. ("ARS") as follows:

22         IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

23         1.     Defendant ARS is permanently enjoined from copying, reproducing, or

24  distributing any of Plaintiff Med-Legal, Inc.'s ("Med-Legal") copyrighted materials

25  without Med-Legal's express written consent.

26         2.     For a period of 10 years following entry of this Judgment, ARS is

27  enjoined from providing or distributing in written booklet form, or permitting

28  downloading from the ARS website, the ARS Attorney Listing booklet, the ARS

230152.1                                              CV-07-7971 R (CWx)

1 │ Insurance Listing booklet, and the ARS Vocational Rehab Listing booklet that are

2 │ the subject of this litigation, unless such listings are from publicly available sources.

3 │

4 │     IT IS SO ORDERED.

5 │

6 │ DATE: _July 14, 2009_          By: _____

7 │                                         Hon. Manuel L. Real

8 │                                     United States District Court Judge

9 │

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │